MARVIN S. PUTNAM (*admitted pro hac vice*)
MATTHEW G. MRKONIC (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, California  90067-6035
Telephone:     (310) 553-6700
Facsimile:      (310) 246-6779
Email: mputnam@omm.com
Email: mmrkonic@omm.com

JOHN T. MORAN, JR. (Nevada Bar #2271)
JEFFERY A. BENDAVID (Nevada Bar #6220)
MORAN LAW FIRM LLC
630 South Fourth Street
Las Vegas, Nevada 89101
Telephone:     (702) 384-8424
Facsimile:      (702) 384-6568
Email: john.moran@moranlawfirm.com
Email: j.bendavid@moranlawfirm.com

Attorneys for Defendants
S&R PRODUCTION COMPANY and ROY HORN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OLIVER PREISS, *et al.*, | Case No. 2:10-cv-01795-RLH-(RJJ) |
| Plaintiffs, | Hon. Peggy A. Leen<br>Early Neutral Evaluation Magistrate Judge |
| v. | |
| S&R PRODUCTION COMPANY, *et al.*, | **EMERGENCY REQUEST TO EXCUSE ROY HORN'S PERSONAL APPEARANCE AT EARLY NEUTRAL EVALUATION** |
| Defendants. | |
| | Date:    February 4, 2011 |
| | Time:    9:30 a.m. |

1   TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
2   OF NEVADA, AND TO PLAINTIFFS AND THEIR ATTORNEYS:
3   PLEASE TAKE NOTICE that defendants S&R Production Company and Roy Horn
4   hereby request that this Court excuse defendant Roy Horn's personal appearance at the upcoming
5   Early Neutral Evaluation ("ENE") session pursuant to LR 16-6 and this Court's October 21, 2010
6   Order.

Dated:  January 24, 2011

Respectfully submitted,

/s/: John T. Moran, Jr. Esq._____
JOHN T. MORAN, JR. (Nevada Bar #2271)
JEFFERY A. BENDAVID (Nevada Bar #6220)
MORAN LAW FIRM LLC
630 South Fourth Street
Las Vegas, Nevada 89101
    -and-
MARVIN S. PUTNAM (*admitted pro hac vice*)
MATTHEW G. MRKONIC (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, California  90067-6035
*Attorneys for the Defendant*
*S&R PRODUCTION COMPANY and ROY HORN*

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants respectfully request that this Court excuse defendant Roy Horn's personal appearance at the upcoming Early Neutral Evaluation ("ENE") session pursuant to LR 16-6 and this Court's October 21, 2010 Order. Mr. Horn was severely mauled in a tiger attack during his Las Vegas show in 2003. Putnam Decl. ¶ 2. The 380-pound Bengal tiger bit into Mr. Horn's neck and head, crushed his windpipe, damaged an artery carrying oxygen to his brain, and left him partially paralyzed. *Id.* Subsequent to that accident, Mr. Horn suffered a series of debilitating strokes. *Id.* at ¶ 3. Due to these afflictions, Mr. Horn is in constant pain and has enormous difficulty speaking, walking, and performing other basic human functions. *Id.* He requires daily treatment and therapy for these health problems. *Id.* Accordingly, defendants respectfully request that this Court excuse Mr. Horn from participation in the Early Neutral Evaluation session.

Granting defendants' request would not reduce the effectiveness of the ENE session. Randal O'Connor will attend the ENE session as defendant S&R Production Company's representative. Mr. O'Connor will also have the authority to settle this matter on Mr. Horn's behalf. Furthermore, in the event that this Court would need an answer from Mr. Horn specifically, Mr. O'Connor could reach him via telephone during the conference.

Dated: January 24, 2011

Respectfully submitted,

/s/: John T. Moran, Jr. Esq.
JOHN T. MORAN, JR. (Nevada Bar #2271)
JEFFERY A. BENDAVID (Nevada Bar #6220) MORAN LAW FIRM LLC
630 South Fourth Street
Las Vegas, Nevada 89101
         -and-
MARVIN S. PUTNAM (*admitted pro hac vice*) MATTHEW G. MRKONIC (*admitted pro hac vice*) O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, California  90067-6035
*Attorneys for the Defendant
S&R PRODUCTION COMPANY and ROY HORN*

**IT IS SO ORDERED.**

Dated:  January 27, 2011

_____
Hon. U.S. Magistrate Judge Peggy A. Leen
U.S. District Court, District Of Nevada

1  MARVIN S. PUTNAM (*admitted pro hac vice*)
   MATTHEW G. MRKONIC (*admitted pro hac vice*)
2  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, Suite 700
3  Los Angeles, California  90067-6035
   Telephone:    (310) 553-6700
4  Facsimile:    (310) 246-6779
   Email: mputnam@omm.com
5  Email: mmrkonic@omm.com

6  JOHN T. MORAN, JR. (Nevada Bar #2271)
   JEFFERY A. BENDAVID (Nevada Bar #6220)
7  MORAN LAW FIRM LLC
   630 South Fourth Street
8  Las Vegas, Nevada 89101
   Telephone:    (702) 384-8424
9  Facsimile:    (702) 384-6568
   Email: john.moran@moranlawfirm.com
10 Email: j.bendavid@moranlawfirm.com

11 Attorneys for Defendants
   S&R PRODUCTION COMPANY and ROY HORN
12

13                     **UNITED STATES DISTRICT COURT**

14                            **DISTRICT OF NEVADA**

15

| | |
|---|---|
| OLIVER PREISS, *et al.*, | Case No. 2:10-cv-01795-RLH-(RJJ) |
| Plaintiffs, | Hon. Peggy A. Leen<br>Early Neutral Evaluation Magistrate Judge |
| v. | |
| S&R PRODUCTION COMPANY, *et al.*, | **DECLARATION OF MARVIN S. PUTNAM IN SUPPORT OF DEFENDANTS' EMERGENCY REQUEST TO EXCUSE ROY HORN'S APPEARANCE AT EARLY NEUTRAL EVALUATION SESSION** |
| Defendants. | |

## DECLARATION OF MARVIN S. PUTNAM

I, Marvin S. Putnam, declare and state as follows:

1. I am an attorney licensed to practice in the state of California and am admitted to practice in Nevada for this matter pursuant to LR 10-2. I am a partner with the international law firm of O'Melveny & Myers LLP, attorneys of record for defendants S&R Production Company and Roy Horn in the above-entitled action. I have personal knowledge of the facts recited herein, and if called to testify thereto, I could and would do so competently.

2. In 2003, Roy Horn was severely mauled by a tiger while performing in the "Siegfried & Roy" show at the Mirage in Las Vegas. The 380-pound Bengal tiger bit into Mr. Horn's neck and head, crushed his windpipe, damaged an artery carrying oxygen to his brain, and left him partially paralyzed.

3. Subsequent to the 2003 accident, Mr. Horn suffered a series of debilitating strokes. As a result of his accident and the strokes, Mr. Horn is in constant pain and has enormous difficulty performing basic human functions such as speaking and walking. He receives daily treatment and therapy for his various health problems.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of January 2011, at Los Angeles, California.

_____
Marvin S. Putnam