AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| OLIVER PREISS, et al. ) *Plaintiff* ) v. ) S&R PRODUCTION COMPANY, et al. ) *Defendant* ) | Civil Action No. 2:10-cv-01795-RLH-RJJ |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' claims for negligent infliction of emotional distress and for respondeat superior are dismissed with prejudice. Plaintiffs' remaining claims are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Roger L. Hunt on a motion for judgment to be entered (#37).

Date: 09/21/2011

CLERK OF COURT

*Michael Zedina*

*Signature of Clerk or Deputy Clerk*