1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

11   OLIVER PREISS, an individual; and            )        Case No.: 2:10-cv-01795-RLH-RJJ
     BEATRICE PREISS, an individual,             )
12                                               )        **O R D E R**
                        Plaintiffs,              )
13                                               )        (Motion for Stay–#53)
               vs.                               )
14                                               )
     S&R PRODUCTION COMPANY, a Nevada            )
15   Corporation; and ROY HORN AKA UWE           )
     LUDWIG HORN AKA ROY UWE HORN, an            )
16   individual; and DOES and ROES 1-100,        )
                                                 )
17                      Defendants.              )
     _____)
18

19          Before the Court is Plaintiffs' Attorney Mike Meier's **Motion for Stay** (#53, filed

20   Mar. 9, 2012) of the sanction award against him and his co-counsel Sharon Nelson.  The Court has

21   also considered Defendants S&R Production and Roy Horn's Opposition (#55, filed Mar. 26), and

22   Meier's Reply (#58, filed Apr. 1).

23          On September 21, 2011, the Court sanctioned Plaintiffs' counsel Mike Meier and

24   Sharon Nelson under 28 U.S.C. § 1927.  (Dkt. #45.)  Since then, Meier and Nelson have appealed

25   that order and the Court's order dismissing this case.  Meier now seeks a stay of Defendants'

26   efforts to enforce the judgment.  Meier bases his request on a "recently discovered letter" from

AO 72
(Rev. 8/82)

1   counsel for Defendants (Marvin Putnam) to Nelson.  Meier requests that this Court grant a stay

2   pending resolution Plaintiff Oliver Preiss' bar complaint against Putnam or until after limited

3   discovery regarding communications between Nelson and Putnam.

4          The Court denies the motion.  The Nevada State Bar dismissed Preiss' grievance

5   against Putnam within weeks of receiving it.  (Dkt. #58, Reply Ex. 1, Letter from Asst. Bar

6   Counsel Phillip J. Pattee to Oliver Priess.)  Therefore, the grievance has been resolved.  Further,

7   the Court refuses to allow discovery into this matter through its own procedures.  Accordingly,

8   rather than having Meier withdraw the motion as he claimed he would do if the Court denied the

9   requested discovery, the Court simply denies the motion.

10                                        **CONCLUSION**

11          Accordingly, and for good cause appearing,

12          IT IS HEREBY ORDERED that Meier's Motion for Stay (#53) is DENIED.

13          Dated: April 2, 2012.

14

15   _____

16   **ROGER L. HUNT**
     **United States District Judge**

17

18

19

20

21

22

23

24

25

26