# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Oliver Preiss and Beatrice Preiss, <br><br> Plaintiffs-Appellants, <br> vs. <br><br> Roy Horn and S & R Production Company, <br><br> Defendants-Appellees. | District No.  2:10-cv-01795-RLH-RJJ <br><br> U.S.C.A. No.  11-17377 |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 07-12-2013, issued its judgment AFFIRMING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 9th day of August, 2013.

_____
Roger L. Hunt
United States District Judge